321 So.2d 713

**In re Marvin HILL, Jr.**

v.

**STATE.**

**Ex parte Marvin Hill, Jr.**

**SC 1531.**

Supreme Court of Alabama.

Nov. 13, 1975.

Bedford & Bedford, Russellville, for petitioner.

None for respondent.

BLOODWORTH, Justice.

Petition of Marvin Hill, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Hill v. State*, 56 Ala.App. 369, 321 So.2d 708.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.